# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

**UNITED STATES OF AMERICA**
*Plaintiff*

v.

**STEVE MITCHELL**
*Defendant*

**MAGISTRATE JUDGE:** JAMES B. CLARK, III

**CASE NO.** 2:25-cr-220-ES-1

**DATE OF PROCEEDINGS:** 4/15/2025

**DATE OF ARREST:** 4/15/2025

**PROCEEDINGS:** Initial Appearance / Arraignment

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [x] PLEA ENTERED: [ ] GUILTY [x] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A MOTION GRANTED
- [ ] MOTION DENIED - BAIL CONTINUED AS PREVIOUS
- [x] BAIL SET: $100,000
  - [x] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] TRAVEL RESTRICTED NJ
- [x] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [x] SURRENDER AND/OR OBTAIN NO PASSPORT
- [x] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.       DATE: _____
- [ ] DETENTION/BAIL HRG.              DATE: _____
- [ ] TRIAL: [ ] COURT [ ] JURY        DATE: _____
- [ ] SENTENCING                       DATE: _____
- [ ] OTHER: _____                   DATE: _____

**APPEARANCES:**

AUSA: Eli Jacobs
DEFT. COUNSEL: Robert J. Degroot, Retained
PROBATION: _____
INTERPRETER _____
Language: _____

TIME COMMENCED: 3:36 p.m.
TIME TERMINATED: 3:43 p.m.
CD NO: Ecr

Stephen Bond
Stephen Bond, Deputy Clerk