UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>STEVE MITCHELL<br> a/k/a "Sonny Mitchell," and<br>SAMUEL MITCHELL<br><br>     *Defendants.* | Crim. No. 25-220 (ES)<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jeffrey Hawriluk, Esq., of Baldassare & Mara, LLC, hereby enters an appearance on behalf of Defendant Steve Mitchell, and requests that copies of all papers in this action be served upon the undersigned.

                   **BALDASSARE & MARA, LLC**

Dated: April 23, 2025        By: */s/ Jeffrey Hawriluk*
                     Jeffrey Hawriluk, Esq.
                     75 Livingston Avenue, Suite 101
                     Roseland, New Jersey 07068
                     T: (973) 604-6686
                     F: (973) 556-1071
                     E: JHawriluk@mabalaw.com

                     *Attorneys for Defendant*
                     *Steve Mitchell*